# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JESSE DAVID RAMIREZ,

    Petitioner,

    v.

JEFFREY A. BEARD, CDCR Secretary,

    Respondent.

Case No. CV 14-3865-DMG (JEM)

**J U D G M E N T**

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  September 19, 2017

            DOLLY M. GEE
        UNITED STATES DISTRICT JUDGE